(October 8, 1997)

■ In the Matter of JULIE VAN NESS et al., Appellants, v CARLOS CUEVAS et al., Respondents. [669 NYS2d 510] —Order, Supreme

Court, New York County (David Saxe, J.), entered October 1, 1997, unanimously affirmed for the reasons stated by Saxe, J., without costs or disbursements. No opinion. Concur—Rubin, J. P., Tom, Mazzarelli and Andrias, JJ.